

# NUMBER 13-18-00379-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RUDY GUARTUCHE,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

This cause is before the Court on the State's motion to direct the trial court clerk to forward to this Court original exhibit SX #6, a video admitted in Cause No. 17FC-1299C. The Court, having fully examined and considered the State's motion to direct the trial court clerk to forward original exhibit, is of the opinion that the motion should be granted. The

State's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward original exhibit SX #6 entered into evidence in Cause No. 17FC-1299C to this Court in a commonly playable format, within fifteen days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of May, 2019.